In the Matter of the Petition of THOMAS McDONOUGH, Respondent, to Compel FRED C. LUNN, as Administrator of the Estate of LILLIAN LUNN, Deceased, to Account and for Revocation of His Letters of Administration.

NEW AMSTERDAM CASUALTY COMPANY, Appellant.

*Matter of McDonough*, 175 App. Div. 367, appeal dismissed.
(Submitted February 26, 1917; decided March 6, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1916, which reversed a decree of the New York County Surrogate's Court dismissing the petition herein.

The motion was made upon the ground that the order of reversal was upon a question of fact; that no questions of law were involved, and that the exceptions were frivolous.

*Ambrose L. O'Shea* for motion.

*Frederick Mellor* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.